1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 Telephone: (916) 498-5700

5

6 Attorney for Defendant
MIKCO YOUR
7

8

9 IN THE UNITED STATES DISTRICT COURT

10 FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,   ) No. 2:12-CR-0116 JAM
                              )
14          Plaintiff,         )
                              ) **STIPULATION AND ORDER**
15     v.                      ) **CONTINUING STATUS CONFERENCE**
                              ) **AND EXCLUDING TIME**
16 MIKCO YOUR,                 )
                              )
17          Defendant.         ) Date:  April 24, 2012
                              ) Time:  9:30 a.m.
18 _____) Judge: Hon. John A. Mendez

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, Mikco Your, through their respective
22 attorneys, that the status conference scheduled for April 24, 2012, may
23 be continued to May 8, 2012, at 9:30 a.m.
24      Discovery is not yet complete in the case, the defense having only
25 been provided a copy of the search warrant and some photographs. The
26 parties need additional time to complete discovery and the defense seeks
27 time to investigate legal and factual issues. To afford time for
28 necessary preparation and review, the parties agree that time under the

Speedy Trial Act should be excluded through May 8, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: April 19, 2012   /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for MIKCO YOUR


BENJAMIN B. WAGNER
United States Attorney

Dated: April 19, 2012   /s/ T. Zindel for J. Hitt
JASON HITT
Assistant U.S. Attorney

## **O R D E R**

The status conference is continued to May 8, 2012, at 9:30 a.m. For the reasons given above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through May 8, 2012.

IT IS SO ORDERED.

Dated: April 19, 2012   /s/ John A. Mendez
U. S. District Court Judge