```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    MIKCO YOUR
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,     ) No. 2:12-CR-0116 JAM
                                  )
14            Plaintiff,          )
                                  ) **STIPULATION AND ORDER**
15     v.                         ) **CONTINUING STATUS CONFERENCE**
                                  ) **AND EXCLUDING TIME**
16  MIKCO YOUR,                   )
                                  )
17            Defendant.          ) Date:  May 22, 2012
                                  ) Time:  9:30 a.m.
18  _____) Judge: Hon. John A. Mendez

19
```

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, Mikco Your, through their respective
22 attorneys, that the status conference scheduled for May 22, 2012, may be
23 continued to July 3, 2012, at 9:30 a.m.

24      Defense counsel moved the magistrate judge to reopen bail in Mr.
25 Your's case, resulting in Mr. Your's release and obviating the need to
26 hear the bail appeal planned for next week's status conference. The
27 parties seek additional time to complete discovery and the defense seeks
28 time to investigate legal and factual issues. To afford time for

necessary preparation and review, the parties agree that time under the Speedy Trial Act should be excluded through July 3, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: May 17, 2012 /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for MIKCO YOUR


BENJAMIN B. WAGNER
United States Attorney

Dated: May 17, 2012 /s/ T. Zindel for J. Hitt
JASON HITT
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to July 3, 2012, at 9:30 a.m. For the reasons given above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through July 3, 2012.

IT IS SO ORDERED.

Dated: May 18, 2012 /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge

Stip. & Order 2