1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   MIKCO YOUR

7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      )  No. 2:12-CR-0116 JAM
                                  )
14              Plaintiff,        )
                                  )  **STIPULATION AND ORDER**
15      v.                        )  **CONTINUING STATUS CONFERENCE**
                                  )  **AND EXCLUDING TIME**
16 MIKCO YOUR,                    )
                                  )
17              Defendant.        )  Date:  July 17, 2012
                                  )  Time:  9:45 a.m.
18 _____)  Judge: Hon. John A. Mendez

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, Mikco Your, through their respective
22 attorneys, that the status conference scheduled for July 17, 2012, may be
23 continued to August 14, 2012, at 9:45 a.m.
24      The defense seeks additional time to complete investigation and
25 research of legal and factual issues and to consider issues relating to
26 forfeitures involved in the case.  To afford time for necessary
27 preparation and review, the parties agree that time under the Speedy
28 Trial Act should be excluded through August 14, 2012, pursuant to 18

U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: July 13, 2012  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for MIKCO YOUR

BENJAMIN B. WAGNER
United States Attorney

Dated: July 13, 2012  /s/ T. Zindel for J. Hitt
JASON HITT
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to August 14, 2012, at 9:45 a.m. For the reasons given above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through August 14, 2012.

IT IS SO ORDERED.

Dated: July 13, 2012  /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge

Stip. & Order 2