1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   MIKCO YOUR
7

8

9            IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      ) No. 2:12-CR-0116 JAM
                                  )
14           Plaintiff,           )
                                  ) **STIPULATION AND ORDER**
15     v.                         ) **CONTINUING STATUS CONFERENCE**
                                  ) **AND EXCLUDING TIME**
16 MIKCO YOUR,                    )
                                  )
17           Defendant.           ) Date: August 14, 2012
                                  ) Time: 9:30 a.m.
18 _____) Judge: Hon. John A. Mendez

19

20     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, Mikco Your, through their respective
22 attorneys, that the status conference scheduled for August 14, 2012, may
23 be continued to September 11, 2012, at 9:45 a.m.
24     The defense awaits word from DEA on forfeitures involved in the case
25 and has also approached the government regarding potential resolution of
26 the indictment. To afford time for necessary preparation and review, the
27 parties agree that time under the Speedy Trial Act should be excluded
28 through September 11, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and

that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: August 9, 2012      /s/ T. Zindel
                            TIMOTHY ZINDEL
                            Assistant Federal Defender
                            Attorney for MIKCO YOUR


                            BENJAMIN B. WAGNER
                            United States Attorney

Dated: August 9, 2012      /s/ T. Zindel for J. Hitt
                            JASON HITT
                            Assistant U.S. Attorney

**O R D E R**

The status conference is continued to September 11, 2012, at 9:45 a.m. For the reasons given above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through September 11, 2012.

IT IS SO ORDERED.

Dated: August 13. 2012     /s/ John A. Mendez
                            HON. JOHN A. MENDEZ
                            United States District Court Judge

Stip. & Order                              2