```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    MIKCO YOUR
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,      )  No. 2:12-CR-0116 JAM
                                   )
14           Plaintiff,            )
                                   )  STIPULATION AND ORDER
15      v.                         )  CONTINUING STATUS CONFERENCE
                                   )  AND EXCLUDING TIME
16  MIKCO YOUR,                    )
                                   )
17           Defendant.            )  Date:  September 11, 2012
                                   )  Time:  9:45 a.m.
18  _____)  Judge: Hon. John A. Mendez

19

20       IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21  of America, and defendant, Mikco Your, through their respective
22  attorneys, that the status conference scheduled for September 11, 2012,
23  may be continued to October 23, 2012, at 9:45 a.m.
24       The defense awaits word from DEA on forfeitures involved in the case
25  and has also approached the government regarding potential resolution of
26  the indictment. An additional meeting is planned to occur shortly. To
27  afford time for necessary preparation and review, the parties agree that
28  time under the Speedy Trial Act should be excluded through October 23,
```

2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

                                      Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated: September 7, 2012        /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for MIKCO YOUR

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Dated: September 7, 2012        /s/ T. Zindel for J. Hitt
                                      JASON HITT
                                      Assistant U.S. Attorney

# O R D E R

The status conference is continued to October 23, 2012, at 9:45 a.m. For the reasons given above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through October 23, 2012.

IT IS SO ORDERED.

Dated: September 7, 2012
                                      /s/ John A. Mendez
                                      HON. JOHN A. MENDEZ
                                      United States District Court Judge