1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   MIKCO YOUR
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,      )  No. 2:12-CR-0116 JAM
                                  )
14         Plaintiff,             )
                                  )  **STIPULATION AND ORDER**
15     v.                         )  **CONTINUING STATUS CONFERENCE**
                                  )  **AND EXCLUDING TIME**
16 MIKCO YOUR,                    )
                                  )
17         Defendant.             )  Date: October 23, 2012
                                  )  Time: 9:45 a.m.
18 _____)  Judge: Hon. John A. Mendez

19

20    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, Mikco Your, through their respective
22 attorneys, that the status conference scheduled for October 23, 2012, may
23 be continued to January 15, 2013, at 9:45 a.m.
24    The defense awaits word from DEA on forfeitures involved in the case
25 and has also approached the government regarding potential resolution of
26 the indictment. Additional research remains to be done. Also,
27 undersigned defense counsel will be on medical leave starting mid-
28 November, returning in mid- to late-December. In order to afford time

for necessary preparation and review, and to assure continuity of defense counsel, the parties agree that time under the Speedy Trial Act should be excluded through January 15, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: October 19, 2012          /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for MIKCO YOUR


                                 BENJAMIN B. WAGNER
                                 United States Attorney

Dated: October 19, 2012          /s/ T. Zindel for J. Hitt
                                 JASON HITT
                                 Assistant U.S. Attorney


**O R D E R**

The status conference is continued to January 15, 2013, at 9:45 a.m. For the reasons given above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through January 15, 2013.

IT IS SO ORDERED.

Dated: October 19, 2012          /s/ John A. Mendez
                                 HON. JOHN A. MENDEZ
                                 United States District Court Judge