JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MIKCO YOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MIKCO YOUR, <br><br> Defendant. | No. 2:12-CR-0116 JAM <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** <br><br> Date: February 19, 2013 <br> Time: 9:45 a.m. <br> Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, Mikco Your, through their respective attorneys, that the status conference scheduled for February 19, 2013, may be continued to March 26, 2013, at 9:45 a.m.

The defense awaits word from DEA on forfeitures involved in the case and additional discovery to be provided by the government, who has suggested that the discovery must be reviewed before the case can be resolved or scheduled. In order to afford time for necessary preparation and review, the parties agree that time under the Speedy Trial Act should

be excluded through March 26, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

Dated: February 14, 2013  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for MIKCO YOUR

BENJAMIN B. WAGNER
United States Attorney

Dated: February 14, 2013  /s/ T. Zindel for J. Hitt
JASON HITT
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to March 26, 2013, at 9:45 a.m. For the reasons given above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through March 26, 2013.

IT IS SO ORDERED.

Dated: February 14, 2013  /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge

Stip. & Order  2