```
 1  JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    MIKCO YOUR
 7

 8

 9                IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  UNITED STATES OF AMERICA,     )  No. 2:12-CR-0116 JAM
                                  )
14              Plaintiff,        )
                                  )  STIPULATION AND ORDER
15       v.                       )  CONTINUING STATUS CONFERENCE
                                  )  AND EXCLUDING TIME
16  MIKCO YOUR,                   )
                                  )
17              Defendant.        )  Date:  March 26, 2013
                                  )  Time:  9:45 a.m.
18  _____)  Judge: Hon. John A. Mendez

19
```

20     IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21  of America, and defendant, Mikco Your, through their respective
22  attorneys, that the status conference scheduled for March 26, 2013, may
23  be continued to April 23, 2013, at 9:45 a.m.
24     The defense awaits additional discovery the government has promised
25  to provide. Government counsel has suggested that the discovery must be
26  reviewed before the case can be resolved or scheduled. In order to
27  afford time for necessary preparation and review, the parties agree that
28  time under the Speedy Trial Act should be excluded through April 23,

2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

Dated: March 21, 2013            /s/ T. Zindel
                                 TIMOTHY ZINDEL
                                 Assistant Federal Defender
                                 Attorney for MIKCO YOUR

                                 BENJAMIN B. WAGNER
                                 United States Attorney

Dated: March 21, 2013            /s/ T. Zindel for J. Hitt
                                 JASON HITT
                                 Assistant U.S. Attorney

**O R D E R**

The status conference is continued to April 23, 2013, at 9:45 a.m. For the reasons given above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through April 23, 2013.

IT IS SO ORDERED.

Dated: March 22, 2013            /s/ John A. Mendez
                                 HON. JOHN A. MENDEZ
                                 United States District Court Judge

Stip. & Order                    2