JOSEPH SCHLESINGER, # 87692
Federal Defender
TIMOTHY ZINDEL, Bar # 158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MIKCO YOUR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MIKCO YOUR,<br><br>    Defendant.<br>_____ | No. 2:12-CR-0116 JAM<br><br>**REQUEST TO APPROVE APPEARANCE WAIVER ORDER**<br><br>Judge: Hon. John A. Mendez |

Defendant, Mikco Your, moves the Court pursuant to Fed. R. Crim. P. 43 to approve his waiver of appearance filed April 22, 2013.

Mr. Your personally appeared before the Court at status conferences on May 8, 2012, and January 15, 2013. He is in compliance with all conditions of his release.

/////

/////

/////

/////

1  Mr. Your recently obtained a good job as a driver with a local company. He is a probationary employee at this time but will become eligible for benefits after four months on the job. Because he works Monday through Friday, he asks to waive his appearance at future non-dispositive proceedings.

Respectfully submitted,

JOSEPH SCHLESINGER
Acting Federal Defender

Dated: April 22, 2012           /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for MIKCO YOUR

**O R D E R**

Defendant's waiver of appearance is approved.

IT IS SO ORDERED.

Dated: April 22, 2013           /s/ John A. Mendez
                                HON. JOHN A. MENDEZ
                                United States District Court Judge