1  HEATHER E. WILLIAMS, Bar #122664
   Acting Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   MIKCO YOUR

7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,        ) No. 2:12-CR-0116 JAM
                                    )
14             Plaintiff,           )
                                    ) **STIPULATION AND ORDER**
15    v.                            ) **CONTINUING STATUS CONFERENCE**
                                    ) **AND EXCLUDING TIME**
16 MIKCO YOUR,                      )
                                    )
17             Defendant.           ) Date:  June 11, 2013
                                    ) Time:  9:45 a.m.
18 _____  ) Judge: Hon. John A. Mendez

19

20      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendant, Mikco Your, through their respective
22 attorneys, that the status conference scheduled for June 11, 2013, may be
23 continued to July 16, 2013, at 9:45 a.m.
24      Counsel met today to discuss a proposed resolution of the case but
25 seek additional time to confer - defense counsel with Mr. Your and
26 government counsel with his supervisor - and, if appropriate to prepare
27 appropriate paperwork.  In order to afford time for necessary preparation
28 and review, the parties agree that time under the Speedy Trial Act should

be excluded through July 16, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A), and that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: June 7, 2013  /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for MIKCO YOUR

BENJAMIN B. WAGNER
United States Attorney

Dated: June 7, 2013  /s/ T. Zindel for J. Hitt
JASON HITT
Assistant U.S. Attorney

# O R D E R

The status conference is continued to July 16, 2013, at 9:45 a.m. For the reasons given above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through July 16, 2013, as set forth above.

IT IS SO ORDERED.

Dated: June 10, 2013
/s/ John A. Mendez

HON. JOHN A. MENDEZ
United States District Court Judge

Stip. & Order 2