| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | TIMOTHY ZINDEL, #158377 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA  95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| | timothy.zindel@fd.org |
| 5 | |
| | Attorney for Defendant |
| 6 | MIKCO YOUR |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) Case No. 2:12-CR-0116 JAM
          )
     Plaintiff, )
          ) **STIPULATION AND ORDER**
          vs. ) **CONTINUING STATUS CONFERENCE**
          ) **AND EXCLUDING TIME**
MIKCO YOUR, )
          )
     Defendant. ) Date:  November 12, 2013
          ) Time:  9:45 a.m.
          ) Judge: Hon. John A. Mendez

It is hereby stipulated and agreed between defendant, Mikco Your, and plaintiff, United States of America, that the status conference scheduled for November 12, 2013, may be rescheduled for December 10, 2013, at 9:45 a.m.

Assigned counsel has proposed a resolution of the case that appears to be satisfactory to both parties but the government awaits final supervisorial review and approval. The proposed agreement has not yet been reduced to writing. There are also collateral issues relating to the agreement that have yet to be resolved. Accordingly, the parties ask the Court to exclude time under the Speedy Trial Act from the date of this order

-1-

through December 10, 2013, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: November 7, 2013 /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for MIKCO YOUR

BENJAMIN WAGNER
United States Attorney

Dated: November 7, 2013 /s/ T. Zindel for J. Hitt
JASON HITT
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to December 10, 2013, at 9:45 a.m. The court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. Time is therefore excluded from the date of this order through December 12, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: November 7, 2013 /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Court Judge